UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2021 FEB -5 PM 12: 54

NKOSI BROWN
_____

Write the full name of each plaintiff.

____CV____
(Include case number if one has been assigned)

-against-

USA
_____

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ **Federal Question**

☐ **Diversity of Citizenship**

## A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

my brain has been hacked by remote neural monitoring
The CIA, FBI, secret service has not protected me from
my enemy www,JonHampton,com

## B. If you checked Diversity of Citizenship

### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
        (Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

<u>Nkosi</u>           <u>S</u>            <u>Brown</u>
First Name       Middle Initial    Last Name

<u>1171 Washington Ave</u>
Street Address

<u>Bronx</u>                <u>NY</u>         <u>10456</u>
County, City            State       Zip Code

<u>347-355-2014</u>         <u>1980kosi.Brown egmail.com</u>
Telephone Number        Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:  Jonathan  Hampton
             First Name     Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City           State              Zip Code

Defendant 2:  Dwayne  Nash
             First Name     Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City           State              Zip Code

Defendant 3:
             First Name     Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City           State              Zip Code

Defendant 4: _____
First Name             Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Jon Hampton and Dwayne Nash used subliminal messages to lure me into a church where I heard a cryptic proposal about a 3some + movie deal. They said if I had sex with Jon Hampton + Michele Kennedy they would produce my 1st Film. I rejected the proposal. Month later I felt noises outside my ear drums before the energy drilled into my brain. For over a decade they have been telling me to submit and say they wont leave me alone until I marry Jon Hampton who I met in college. ConEd is working on turning off the power grid to stop the signal. They keep calling me ugly and are trying to prevent my career as a musician.

Page 5

Jon Hampton had a common law marriage with Michele Kennedy when he proposed to me. Jon Hampton and never had sex and were plutonic freids.

Jon Hampton wants to marry me so he can be famous.

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I have been locked in psych ward and medicated because NYC Doctors are ignorant.

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

8 Trillion dollars, I want to use the money to fund Amatuer Artist 2020, A job program were Adults 18+ up can paint murals on city sidewalks for 35,000 salary. This can employ a great deal of people.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

2/2/2021
Dated

Plaintiff's Signature

Nikos | S | Bram
First Name | Middle Initial | Last Name

1711 Washington Ave
Street Address

Bronx | NY | 10456
County, City | State | Zip Code

347 355 2016
Telephone Number

Bsokosibrowbe@gmail.com
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.