UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NKOSI BROWN,<br><br>        Plaintiff,<br><br>   -against-<br><br>USA, ET AL.,<br><br>        Defendants. | 21-CV-1146 (CM)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued February 10, 2021, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 10, 2021
    New York, New York

                     COLLEEN McMAHON
                     Chief United States District Judge